IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWIN IRIZARRY,** Petitioner, v. **UNITED STATES OF AMERICA,** Respondent. | CIVIL NO. 12-656<br><br>CRIMINAL NO. 05-044-4 |

# **O R D E R**

AND NOW, this 9th day of November, 2012, upon consideration of Petitioner's Motion Pursuant to Rule 59(e) [Doc. No. 975], the Government's opposition thereto [Doc. No. 981], and Petitioner's reply [Doc. No. 982], and for the reasons discussed in the Memorandum Opinion entered this day, it is hereby ORDERED that the Motion is DENIED.

It is so ORDERED.

BY THE COURT:

  /s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE